UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PHIL AUGUSTE,<br><br>    Plaintiff,<br><br>v.<br><br>ELEMENTREE INC., D/B/A CLOCKWORK,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 3:23-CV-0364-B<br>§<br>§<br>§<br>§<br>§ |

### FINAL JUDGMENT

On January 24, 2024, this Court **GRANTED** Defendant Elementree Inc., d/b/a Clockwork's Motion to Dismiss for Improper Venue and **DISMISSED WITHOUT PREJUDICE** to refiling in a court of proper venue all of Plaintiff's claims against Defendants. Doc. 16, Mem. Op. & Order. It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff take nothing. This is a **FINAL ORDER AND JUDGMENT** that disposes of all parties and all remaining claims and controversies in the above-captioned case.

SO ORDERED.

SIGNED: February 21, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE